**IN THE UNITED STATES BANKRUPTCY COURT**
District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**YADIRA RODRIGUEZ MURIEL**<br>**aka YADIRA RODRIGUEZ**<br><br>**xxx–xx–5418**<br><br>Debtor(s) | Case No. **22–02743 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/3/23 |

*ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting authorization to use funds from Government Special Bonus filed by the debtor, docket #20.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Tuesday, January 3, 2023 .

Edward A. Godoy
United States Bankruptcy Judge