IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02743-EAG13 |
| --- | --- |
| YADIRA RODRIGUEZ MURIEL | Chapter 13 |
| xx-xx-5418 | |
| Debtor(s) | FILED & ENTERED ON JAN/03/2023 |

ORDER

The motion filed by the Chapter 13 Trustee requesting entry of order to inform (docket #21) is moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of January, 2023.

Edward A. Godoy
United States Bankruptcy Judge